Donald E. KING, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellant.

No. 2008–7036.

United States Court of Appeals, Federal Circuit.

May 12, 2008.

Sean A. Ravin, Washington, DC, for Claimant–Appellant.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Warren Webster ALSTON, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5065.

United States Court of Appeals, Federal Circuit.

May 12, 2008.

Warren Webster Alston, San Bernardino, CA, pro se.

Dawn S. Conrad, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.